IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EMON V. HOLLINS,

                Plaintiff,

   v.

LANCE WIERSMA, NOBLE WRAY,
TOM WOODMANSEE, CORY NELSON,
SAMANTHA KELLOGG, PAIGE VALENTA,            ORDER
CITY OF MADISON, ISMAEL OZANNE,
RITA RUMBELOW, ANGELA JONES,                  17-cv-738-jdp
LINDA KETCHAM, BARBARA MCKINNEY,
MARK MELLINTHIN, PAUL REED, LISA SIEGEL,
WILLIAM BAUDHUIN, JAY LENGELD, and
JOHN AND JANE DOE EMPLOYEES OF
CITYOFMADISON.COM,

                Defendants.

---

Plaintiff Emon V. Hollins, appearing pro se, is an inmate at the Waupun Correctional Institution. He alleges that officials from local, state, and federal agencies violated his rights to due process and equal protection of the law when they selected him for the "Focused Deterrence Program," a special law enforcement program designed for the worst violent repeat offenders in Madison, and that city officials defamed him by spreading false information about him.

Included in Hollins's defamation claims are claims against Cityofmadison.com and its John and Jane Doe employees for publishing an article stating that Hollins might be the first program member to be sent back to prison. I gave Hollins until March 26, 2019, to submit a supplement to his complaint identifying the Doe defendants. That deadline was later extended to May 1.

Now Hollins has filed a letter stating that all of the defendants have answered his amended complaint except "the Cityofmadison.com defendants." Dkt. 92. He requests that the court direct the United States Marshal to complete service on those defendants. *Id.* In my last order, I stated that I considered "Cityofmadison.com" to be the city itself. Dkt. 48, at 2. The city has already been served and has answered the amended complaint. There are no individual city-website defendants to be served because Hollins has not identified any of them, even after receiving an extension of time to do so. So I will deny Hollins's motion to serve defendants, and I will dismiss the Doe defendants for Hollins's failure to name them.

ORDER

IT IS ORDERED that:

1. Plaintiff Emon V. Hollins's motion for an order directing the United States Marshal to serve defendants, Dkt. 92, is DENIED.

2. Defendants John and Jane Doe employees of Cityofmadison.com are DISMISSED from the case.

Entered May 20, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge