REC'D/FILED
2020 JUN 12 AM 9:58

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Emon V. Hollins,

                Plaintiff,

                NOTICE OF APPEAL

v.

                Case No. 17-CV-738-jdp

City of Madison, et al,

                Defendant.

---

Notice is given that the (plaintiff)/defendant, __Emon V. Hollins__, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on __May 29, 2020__.

Dated and signed this __4th__ day of __June__, __2020__.

__Waupun__, Wisconsin.

_(Signature)_

P.O. Box 351
(Street Address)

Waupun, WI 53963
(City, State, Zip)