IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EMON V. HOLLINS,

    Plaintiff,

v.

Case No. 17-cv-738-jdp

LANCE WIERSMA, NOBLE WRAY,
TOM WOODMANSEE, CORY
NELSON, SAMANTHA KELLOGG,
PAIGE VALENTA, JOEL DESPAIN,
CITY OF MADISON, ISMAEL
OZANNE, RITA RUMBELOW,
ANGELA JONES, LINDA KETCHAM,
BARBARA MCKINNEY, MARK
MELLINTHIN, PAUL REED, LISA
SIEGEL, WILLIAM BAUDHUIN, AND
JAY LENGFELD,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | /s/ |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |