REC'D
2020 JUN 25 PM 2:44
CLERK
W.D. OF WI

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Emon V. Hollins,

        Plaintiff,

        NOTICE OF APPEAL

v.

        Case No. 17-CV-738-jdp

City of Madison, et al,

        Defendant.

---

Notice is given that the **plaintiff**/defendant, Emon V. Hollins, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on ~~[crossed out]~~ June 18, 2020.

Dated and signed this ~~[crossed out]~~ 22 day of June, 2020.

Waupun, Wisconsin.

_____
(Signature)

P.O. Box 351
(Street Address)

Waupun, WI 53963
(City, State, Zip)